United States District Court
District of Utah
351 South West Temple
Salt Lake City, Utah 84101

9 January 2019

To US District Court,

RECEIVED CLERK
JAN 16 2019
U.S. DISTRICT COURT

I am very appreciative of being able to proactively go forward in resolution of

2:18-cv-00971-CW
and
2:18-cv-00972-DB

As can be imagined, the lack of resources is a challenge, especially inadequate opportunity to access a computer. There is 1 person here who very sporadically (and rarely) is able to run a computer group — the reason given is always short staffed.

In the past almost 5 months I could only access just shy of 2 hours.

Since this is such an integral part of progress, are there any resources or support to have right of access to Internet?

Appreciatively,

Kristine Emanuelson

Addendum:

I have been surprised. Letters seem to take 5-7 days to go from SLC to Provo.

Several instances the address and zip code do not match.

This address:

Kristine Emanuelson
c/o 1300 E. Center St.
Provo, Utah 84606

is optimal.

There is only "1" "m" in last name

Emanuelson

Appreciative,

Kristine Emanuelson
c/o 1300 E. Center St.
Provo, Utah 84606

United States District Court
District of Utah
351 South West Temple
Salt Lake City, Utah 84101

PROVO UT 846
14 JAN 2019 PM 1 T