IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTINE EMANUELSON,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>    Respondent. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:18-CV-972-DB<br><br>District Judge Dee Benson |

  Petitioner, Kristine Emanuelson, filed a habeas-corpus petition, *see* 28 U.S.C.S. §§ 2241, 2254 (2019), in which Petitioner appears to attack pretrial detention on state criminal charges. (Doc. No. 1.) The latest facts, as set forth in the petition, show that Petitioner is awaiting trial.

  Based on this information, the Court issued an Order to Show Cause on April 9, 2019, explaining the exhaustion and abstention doctrines and how the Court believes they invalidate Petitioner's claims at this time. (Doc. No. 10.) The Court gave Petitioner thirty days to show cause why the petition should not therefore be dismissed. (*Id*.)

  More than two months later, Petitioner has not responded.

  IT IS THEREFORE ORDERED that the petition is DISMISSED with prejudice and a certificate of appealability is DENIED. This action is CLOSED.

    DATED this 10th day of June, 2019.

        BY THE COURT:

        */s/ Dee Benson*
        DEE BENSON
        United States District Judge